IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROY MANDELL SMITH,

    Plaintiff,

vs.

STANLEY WILLIAMS; JAMES DEAL, et al.,

    Defendants.

CIVIL ACTION NO. CV613-069

## ORDER

By Order dated July 25, 2013, this Court allowed the Plaintiff to proceed *in forma pauperis* with an action filed pursuant to the provisions of 42 U.S.C. § 1983. After the requisite frivolity review, it appeared Plaintiff's claims were unrelated. By Order dated October 8, 2013, Plaintiff was directed to advise the Court, within thirty days, as to which claim or related claims he desires to pursue in this case. Plaintiff was advised that his failure to properly respond to that Order would result in the dismissal of this case. Since the October 8, 2013 Order, Plaintiff has filed a "Motion for Leave to File an Amended Complaint" where he only identifies the John and Jane Does named in his original complaint. Plaintiff has failed to properly respond to the Court's October 8, 2013, Order. Accordingly, Plaintiff's complaint is **DISMISSED** without prejudice. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 13 day of February, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA